IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **ORTHALLIANCE, INC.,** | : | |
| **Plaintiff,** | : | |
| v. | : | CIVIL ACTION NO. 7:04-CV-61(HL) |
| | : | |
| **C. WAYNE HESTER, D.M.D.,** | | |
| | : | |
| **Defendant.** | | |
| | : | |

## ORDER OF DISMISSAL

The Court, having been advised by the parties that all claims have been settled and that they desire this action to be dismissed with prejudice, is of the opinion that this action should be dismissed with prejudice.

Accordingly, it is ORDERED, ADJUDGED AND DECREED as follows:

1. This action is dismissed in its entirety with prejudice;

2. All costs of court are taxed against the parties incurring same; and

3. This is a final judgment. All relief not expressly granted herein or by any prior order of the Court is hereby denied.

SIGNED this the 10th day of June, 2005

                                                      **s/ Hugh Lawson**
                                                      UNITED STATES DISTRICT JUDGE